PAUL V. SIMPSON, BAR NO. 83878
psimpson@sgilaw.com
TIMOTHY P. O'DONNELL, BAR NO. 185492
todonnell@sgilaw.com
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
Telephone:  (650) 615-4860
Fax:  (650) 615-4861

Attorneys for Defendant
IMR Contractor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, FAUSTO AGUILAR, GONZALO AGUILAR, CHARLES CHILTON, FELIX CORTES, OMAR FRANCO, DOUGLAS GIVENS, ROBERT IVY, QUINCY MOUTON, LUIS OSUNA, RICHARD RANKIN, HECTOR RODRIGUEZ, MARTIN SANDOVAL, HENRY TAYLOR, LLOYD THIBEAUX, MICHAEL BROWN, ASTRIAN CAEL, ARNULFO CARRANZA-RIVAS, APOLINAR CORNEJO, ROY EDWARDS, VICTOR HAMPTON, RANDY KEYS, ANDRE LARRIMORE, TERRY MACKEY, DOUGLAS TURNER, JEFF WEST, ROBERT WHITE, MARQUEZ BOYD,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO CAPITAL, INC., FORTNEY & WEYGANDT, INC., IMR CONTRACTOR CORPORATION, BAY BUILDING SERVICES, BAY AREA CONSTRUCTION FRAMERS, INC. and DOES 1-50,<br><br>　　　　　　　Defendants. | Case No.  C 08-03447 CW<br><br>**CERTIFICATE OF SERVICE** |

1  I, Diana L. Prisk certify and declare as follows:

2  I am over the age of 18 years and not a party to this action.

3  My business address is 601 Gateway Boulevard, Suite 950, South San Francisco, California, 94080, which is located in the City, County and State where the mailing described below took place.

4  On July 17, 2008, I placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California, a copy of the following documents:

**1.    CIVIL COVER SHEET;**

**2.    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**3.    U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**

**4.    NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;**

**5.    CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA.**

on:

**Attorneys for Plaintiffs**
Robert Salinas, Esq.
Pamela Kong, Esq.
Jorge Aguilar II, Esq.
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, CA 94612
Telephone:    (510) 663-9240
Fax:                (510) 663-9241
Email:            bob@ssrplaw.com (Robert Salinas)
Email:            pkong@ssrplaw.com (Pamela Kong)
Email:            jaguilar@ssrplaw.com (Jorge Aguilar)

**Attorneys for Defendants Apartment Investment and Management Company, AIMCO Capital, Inc and Fortney & Weygandt, Inc.,**
Stephen Thomas Davenport, Jr., Esq
Jeffrey G. McClure, Esq.
DAVENPORT GERSTNER & MCCLURE
1990 N. California Blvd., Suite 650
Walnut Creek, CA 94596
Telephone:   (925) 279-3430
Fax:               (925) 932-1961
Email:           stdavenport@laborcounsel.com

**Attorney for Defendant Bay Building Services, Inc.**
Christopher A. Brose, Esq.
400 Geary Blvd., Suite 201
San Francisco, CA 94118
Telephone:   (415) 421-3004
Fax:               (415) 421-3006
Email:           chris_brose@yahoo.com

**Attorneys for Defendant Bay Area Construction Framers, Inc.**
Joseph E. Powell, Esq.
Paul Michael Vuksich, Esq.
LAW OFFICES OF JOSEPH E. POWELL
582 Market Street, Suite 2001
San Francisco, CA 94104
Telephone:   (415) 788-4949
Facsimile:    (415) 788-9949
Email:           jepmain@hotmail.com

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2008

                                        /s/
                                   Diana L. Prisk