1  PAUL V. SIMPSON, BAR NO. 83878
   psimpson@sgilaw.com
2  TIMOTHY P. O'DONNELL, BAR NO. 185492
   todonnell@sgilaw.com
3  SIMPSON, GARRITY & INNES
   Professional Corporation
4  601 Gateway Boulevard, Suite 950
   South San Francisco, CA  94080
5  Telephone:  (650) 615-4860
   Fax:  (650) 615-4861
6
   Attorneys for Defendant
7  IMR Contractor Corporation

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  GREGORY HALL, FAUSTO AGUILAR,            ) Case No.  C 08-03447 CW
    GONZALO AGUILAR, CHARLES CHILTON,         )
12  FELIX CORTES, OMAR FRANCO, DOUGLAS        ) **CERTIFICATE OF SERVICE**
    GIVENS, ROBERT IVY, QUINCY MOUTON,        )
13  LUIS OSUNA, RICHARD RANKIN, HECTOR        )
    RODRIGUEZ, MARTIN SANDOVAL, HENRY         )
14  TAYLOR, LLOYD THIBEAUX, MICHAEL           )
    BROWN, ASTRIAN CAEL, ARNULFO              )
15  CARRANZA-RIVAS, APOLINAR CORNEJO,         )
    ROY EDWARDS, VICTOR HAMPTON, RANDY        )
16  KEYS, ANDRE LARRIMORE, TERRY              )
    MACKEY, DOUGLAS TURNER, JEFF WEST,        )
17  ROBERT WHITE, MARQUEZ BOYD,               )
                                              )
18                   Plaintiffs,              )
                                              )
19            v.                              )
                                              )
20  APARTMENT INVESTMENT AND                  )
    MANAGEMENT COMPANY, AIMCO CAPITAL,        )
21  INC., FORTNEY & WEYGANDT, INC., IMR       )
    CONTRACTOR CORPORATION, BAY               )
22  BUILDING SERVICES, BAY AREA               )
    CONSTRUCTION FRAMERS, INC. and DOES 1-    )
23  50,                                       )
                                              )
24                   Defendants.              )
                                              )
25                                            )
                 _____      )
26

27

28

1  I, Diana L. Prisk certify and declare as follows:

2  I am over the age of 18 years and not a party to this action.

3  My business address is 601 Gateway Boulevard, Suite 950, South San Francisco,

4  California, 94080, which is located in the City, County and State where the mailing described

5  below took place.

6

7  On July 23, 2008, I placed in (a) sealed envelope(s) with postage thereon fully prepaid,

8  addressed to each of the below listed parties and such envelope(s) was (were) placed for collection

9  and deposit with the United States Postal Service on the date listed below at South San Francisco,

10  California, a copy of the following documents:

11

12  **DEFENDANT IMR CONTRACTOR CORPORATION'S NOTICE OF MOTION FOR A MORE DEFINITE STATEMENT OR IN THE ALTERNATIVE MOTION TO DISMISS AND/OR MOTION TO STRIKE PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.**

15  on:

16  Robert Salinas, Esq.
Pamela Kong, Esq.
Jorge Aguilar II, Esq.
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, CA 94612
Telephone:   (510) 663-9240
Fax:             (510) 663-9241

Email:   bob@ssrplaw.com (Robert Salinas)
Email:   pkong@ssrplaw.com (Pamela Kong)
Email:   jaguilar@ssrplaw.com (Jorge Aguilar)

Attorneys for Plaintiffs

**Attorneys for Plaintiffs**
Robert Salinas, Esq.
Pamela Kong, Esq.
Jorge Aguilar II, Esq.
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, CA 94612
Telephone:   (510) 663-9240

| | |
|---|---|
| Fax: | (510) 663-9241 |
| Email: | bob@ssrplaw.com (Robert Salinas) |
| Email: | pkong@ssrplaw.com (Pamela Kong) |
| Email: | jaguilar@ssrplaw.com (Jorge Aguilar) |

**Attorneys for Defendants Apartment Investment and Management Company, AIMCO Capital, Inc and Fortney & Weygandt, Inc.,**

Stephen Thomas Davenport, Jr., Esq
Jeffrey G. McClure, Esq.
DAVENPORT GERSTNER & MCCLURE
1990 N. California Blvd., Suite 650
Walnut Creek, CA 94596
Telephone:   (925) 279-3430
Fax:         (925) 932-1961
Email:       stdavenport@laborcounsel.com

**Attorney for Defendant Bay Building Services, Inc.**

Christopher A. Brose, Esq.
400 Geary Blvd., Suite 201
San Francisco, CA 94118
Telephone:   (415) 421-3004
Fax:         (415) 421-3006
Email:       chris_brose@yahoo.com

**Attorneys for Defendant Bay Area Construction Framers, Inc.**

Joseph E. Powell, Esq.
Paul Michael Vuksich, Esq.
LAW OFFICES OF JOSEPH E. POWELL
582 Market Street, Suite 2001
San Francisco, CA 94104
Telephone:   (415) 788-4949
Facsimile:   (415) 788-9949
Email:       jepmain@hotmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date.

                                  /s/ Diana L. Prisk
                                  Diana L. Prisk