Robert Salinas  SBN 184260
Pamela Kong  SBN 220912
Jorge Aguilar II  SBN 238111
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, CA  94612
Tel: (510) 663-9240
Fax: (510) 663-9241

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, FAUSTO AGUILAR, GONZALO AGUILAR, CHARLES CHILTON, FELIX CORTES, OMAR FRANCO, DOUGLAS GIVENS, ROBERT IVY, QUINCY MOUTON, LUIS OSUNA, RICHARD RANKIN, HECTOR RODRIGUEZ, MARTIN SANDOVAL, HENRY TAYLOR, LLOYD THIBEAUX, MICHAEL BROWN, ASTRIAN CAEL, ARNULFO CARRANZA-RIVAS, APOLINAR CORNEJO, ROY EDWARDS, VICTOR HAMPTON, RANDY KEYS, ANDRE LARRIMORE, TERRY MACKEY, DOUGLAS TURNER, JEFF WEST, ROBERT WHITE, MARQUEZ BOYD) | No. C08-03447 CW |
| Plaintiffs, | **PLAINTIFFS' DEMAND FOR JURY TRIAL** |
| vs. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO CAPITAL, INC., FORTNEY & WEYGANDT, INC.,  IMR CONTRACTOR CORPORATION, BAY BUILDING SERVICES, BAY AREA CONSTRUCTION FRAMERS, INC. and DOES 1-50, | |
| Defendants. | |

DEMAND FOR JURY TRIAL

**DEMAND FOR JURY TRIAL**

TO THIS COURT AND ALL PARTIES OF RECORD:    Plaintiffs, and each of them,

respectfully request trial by jury in this matter.

Dated: July 25, 2008                                SUNDEEN SALINAS & PYLE

_____

ROBERT SALINAS
Attorney at Law

DEMAND FOR JURY TRIAL