1  PAUL V. SIMPSON, BAR NO. 83878
   psimpson@sgilaw.com
2  TIMOTHY P. O'DONNELL, BAR NO. 185492
   todonnell@sgilaw.com
3  SIMPSON, GARRITY & INNES
   Professional Corporation
4  601 Gateway Boulevard, Suite 950
   South San Francisco, CA  94080
5  Telephone:  (650) 615-4860
   Fax:  (650) 615-4861
6
   Attorneys for Defendant
7  IMR Contractor Corporation

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12 GREGORY HALL, FAUSTO AGUILAR,          ) Case No. 08-CV-3447 CW
   GONZALO AGUILAR, CHARLES CHILTON,      )
13 FELIX CORTES, OMAR FRANCO, DOUGLAS     ) **DEFENDANT IMR CONTRACTOR**
   GIVENS, ROBERT IVY, QUINCY MOUTON,     ) **CORPORATION'S REPLY BRIEF IN**
14 LUIS OSUNA, RICHARD RANKIN, HECTOR     ) **SUPPORT OF MOTION FOR A MORE**
   RODRIGUEZ, MARTIN SANDOVAL, HENRY      ) **DEFINITE STATEMENT OR IN THE**
15 TAYLOR, LLOYD THIBEAUX, MICHAEL        ) **ALTERNATIVE MOTION TO**
   BROWN, ASTRIAN CAEL, ARNULFO           ) **DISMISS AND/OR MOTION TO**
16 CARRANZA-RIVAS, APOLINAR CORNEJO,      ) **STRIKE PORTIONS OF PLAINTIFFS'**
   ROY EDWARDS, VICTOR HAMPTON, RANDY     ) **SECOND AMENDED COMPLAINT;**
17 KEYS, ANDRE LARRIMORE, TERRY           ) **MEMORANDUM OF POINTS AND**
   MACKEY, DOUGLAS TURNER, JEFF WEST,     ) **AUTHORITIES IN SUPPORT**
   ROBERT WHITE, MARQUEZ BOYD,            ) **THEREOF**
18                                        )
                   Plaintiffs,             ) [FRCP 12(e), 12(b)(6), 12(f)]
19                                        )
           v.                              ) DATE:    September 18, 2008
20                                        ) TIME:    2:00 p.m.
   APARTMENT INVESTMENT AND                ) JUDGE:   Hon. Claudia Wilkin
21 MANAGEMENT COMPANY, AIMCO CAPITAL,     ) ROOM:    Courtroom 2, 4th Floor
   INC., FORTNEY & WEYGANDT, INC., IMR    )
22 CONTRACTOR CORPORATION, BAY            )
   BUILDING SERVICES, BAY AREA            )
23 CONSTRUCTION FRAMERS, INC. and DOES 1- )
   50,                                    )
24                                        )
                   Defendants.             )
25 _____)

26

27

28
   {CLIENT FILES\30625\7\00094979.DOC}                                    - 1 -

## I. ARGUMENT

### A. In Light Of Plaintiffs' Concessions, The Court Should Grant The Motion For A More Definite Statement

Defendant IMR Contractor Corporation ("IMR" or "Defendant") filed the present motion seeking a more definite statement with respect to Plaintiffs' second amended complaint. Defendant sought a more definite statement for each cause of action with respect to the identity of the plaintiff or plaintiffs asserting the cause of action and the identity of the defendant against whom the cause of action is asserted. Additionally, Defendant sought a more definite statement regarding the nature of the eighth through thirteenth causes of action.

Plaintiffs' do not oppose the request for a more definite statement with respect to the identities of the Plaintiffs making the claim and the Defendants against whom the claims are made. Based on Plaintiffs' concession, the Court should order Plaintiffs to amend their complaint to specify the names of the Plaintiff(s) asserting each cause of action and the names of the Defendant(s) against whom each cause of action is asserted.

With respect to the tenth through thirteenth causes of action, Plaintiffs' opposition characterizes these as *Tameny* claims instead of direct statutory or constitutional claims. Defendant does not dispute that California law recognizes tortious termination claims. However, as currently pled, it is not clear that these are *Tameny* claims. Therefore, Plaintiffs should be required to amend these causes of action to make clear they are *Tameny* claims.

### B. Plaintiffs Concede That The Eighth And Ninth Causes Of Action Should Be Dismissed And/Or Stricken

Alternatively, Defendant's motion seeks the dismissal and/or striking of the eighth through thirteenth causes of action. Given Plaintiffs' explanation with respect to the tenth through thirteenth causes of action, Defendant recognizes that leave to amend, and not dismissal, is appropriate for these claims. As for the eighth and ninth causes of action, Plaintiffs concede that these claims should be dismissed and/or stricken. Accordingly, Defendant's motion to dismiss

and/or strike with respect to the eighth and ninth causes of action should be granted without leave to amend.

## II. CONCLUSION

For the foregoing reasons, Defendant IMR Contractor Corporation requests that the Court order Plaintiffs to provide a more definite statement and specify which Plaintiffs assert each cause of action and against which defendant the cause of action is breach.  Further, a more definite statement is requested with respect to the eight through thirteenth causes of action to specify that these are Tameny claims and not direct statutory and/or constitutional claims.  Finally, Defendant requests that the Court dismiss and/or strike the eighth and ninth causes of action.

Date:  September 3, 2008                           Respectfully submitted,

                                                  SIMPSON, GARRITY & INNES
                                                  Professional Corporation

                                                  By: /s/ Timothy P. O'Donnell
                                                      PAUL V. SIMPSON
                                                        TIMOTHY P. O'DONNELL
                                                  Attorneys for Defendant
                                                  IMR CONTRACTOR CORPORATION