STEPHEN THOMAS DAVENPORT, JR. #88208
JEFFREY G. McCLURE #152974
DAVENPORT GERSTNER & McCLURE
1990 N. California Blvd., Suite 650
Walnut Creek, California 94596
Telephone: (925) 279-3430  Fax: (925) 932-1961

Attorneys for Defendants, Fortney & Weygandt, Inc., Apartment Investment And Management Company, and AIMCO Capital, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, et al, <br><br>   Plaintiffs, <br><br> vs. <br><br> APARTMENT INVESTMENT AND MANAGEMENT COMPANY, et. al., <br><br>   Defendants. | No. 08-CV-3447 CW <br><br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO 4TH AMENDED COMPLAINT** |

The parties to the within action, by and through their respective attorneys of record, stipulate and agree that the time for responding to the 4th Amended Complaint be enlarged to a date which is 10 days after the completion of the pending Court ordered mediation, on the following grounds:

　　1.　　The current Defendants' responses to the 4th Amended Complaint are due on May 25, 2009. Assuming that the newly added Defendants All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P. are served with the Summons and 4th Amended Complaint on May 18, 2009 per the Court's Order, their responses will be due on June 8, 2009.

　　2.　　The Court appointed mediator, Eric Ivary, is scheduling another mediation day, which the parties hope will result in a settlement. The parties are hoping to complete the

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 279-3430
Fax (925) 932-1961

1
**STIPULATION TO EXTEND TIME TO RESPOND TO 4TH AMENDED COMPLAINT
ORDER THEREON (proposed)**

mediation by the end of May, 2009.

     3.    If the case is settled at mediation, Defendants wish to avoid the cost and expense of preparing responses to the 4th Amended Complaint.

Dated: May 12, 2009.    DAVENPORT GERSTNER & McCLURE

_____
STEPHEN THOMAS DAVENPORT, JR.
Attorneys for Defendants Fortney & Weygandt, Inc., Apartment Investment And Management Company, and AIMCO Capital, Inc.

Dated: May ___, 2009.    SIMPSON, GARRITY, INNES & JACUZZI

_____
PAUL V. SIMPSON
Attorneys for Defendant IMR Contractor Corporation

Dated: May ___, 2009.    LAW OFFICES OF JOSEPH E. POWELL

_____
JOSEPH E. POWELL
Attorneys for Defendant Bay Area Construction Framers, Inc.

Dated: May ___ 2009.    SUNDEEN, SALINAS & PYLE

_____
ROBERT SALINAS
Attorneys for Plaintiffs

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER THEREON**

GOOD CAUSE APPEARING, it is so ordered.

Dated: May ___, 2009.    _____
UNITED STATES DISTRICT JUDGE

Davenport Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 279-3430
Fax (925) 932-1961

2
**STIPULATION TO EXTEND TIME TO RESPOND TO 4TH AMENDED COMPLAINT
ORDER THEREON (proposed)**

mediation by the end of May, 2009.

3. If the case is settled at mediation, Defendants wish to avoid the cost and expense of preparing responses to the 4th Amended Complaint.

Dated: May 12, 2009.   DAVENPORT GERSTNER & McCLURE

_____
STEPHEN THOMAS DAVENPORT, JR.
Attorneys for Defendants Fortney & Weygandt, Inc., Apartment Investment And Management Company, and AIMCO Capital, Inc.

Dated: May 13, 2009.   SIMPSON, GARRITY, INNES & JACUZZI

_____
PAUL V. SIMPSON
Attorneys for Defendant IMR Contractor Corporation

Dated: May ___, 2009.   LAW OFFICES OF JOSEPH E. POWELL

_____
JOSEPH E. POWELL
Attorneys for Defendant Bay Area Construction Framers, Inc.

Dated: May ___ 2009.   SUNDEEN, SALINAS & PYLE

_____
ROBERT SALINAS
Attorneys for Plaintiffs

*************************************************************

**ORDER THEREON**

GOOD CAUSE APPEARING, it is so ordered.

Dated: May ___, 2009.   _____
UNITED STATES DISTRICT JUDGE

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 279-3430
Fax (925) 932-1961

2
STIPULATION TO EXTEND TIME TO RESPOND TO 4TH AMENDED COMPLAINT
ORDER THEREON (proposed)

mediation by the end of May, 2009.

3. If the case is settled at mediation, Defendants wish to avoid the cost and expense of preparing responses to the 4th Amended Complaint.

Dated: May 12, 2009.  DAVENPORT GERSTNER & McCLURE

_____
STEPHEN THOMAS DAVENPORT, JR.
Attorneys for Defendants Fortney & Weygandt, Inc., Apartment Investment And Management Company, and AIMCO Capital, Inc.

Dated: May ___, 2009.  SIMPSON, GARRITY, INNES & JACUZZI

_____
PAUL V. SIMPSON
Attorneys for Defendant IMR Contractor Corporation

Dated: May 13, 2009.  LAW OFFICES OF JOSEPH E. POWELL

_____
JOSEPH E. POWELL
Attorneys for Defendant Bay Area Construction Framers, Inc.

Dated: May ___ 2009.  SUNDEEN, SALINAS & PYLE

_____
ROBERT SALINAS
Attorneys for Plaintiffs

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER THEREON**

GOOD CAUSE APPEARING, it is so ordered.

Dated: May ___, 2009.  _____
UNITED STATES DISTRICT JUDGE

1  mediation by the end of May, 2009.

2    3.    If the case is settled at mediation, Defendants wish to avoid the cost and expense of preparing responses to the 4th Amended Complaint.

Dated: May 12, 2009.    DAVENPORT GERSTNER & McCLURE

_____
STEPHEN THOMAS DAVENPORT, JR.
Attorneys for Defendants Fortney & Weygandt, Inc., Apartment Investment And Management Company, and AIMCO Capital, Inc.

Dated: May ___, 2009.    SIMPSON, GARRITY, INNES & JACUZZI

_____
PAUL V. SIMPSON
Attorneys for Defendant IMR Contractor Corporation

Dated: May ___, 2009.    LAW OFFICES OF JOSEPH E. POWELL

_____
JOSEPH E. POWELL
Attorneys for Defendant Bay Area Construction Framers, Inc.

Dated: May 14 2009.    SUNDEEN SALINAS & PYLE

_____
ROBERT SALINAS
Attorneys for Plaintiffs

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER THEREON**

GOOD CAUSE APPEARING, it is so ordered.

Dated: May 19, 2009.

_____
UNITED STATES DISTRICT JUDGE

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 274-3430
Fax (925) 932-1961

2
STIPULATION TO EXTEND TIME TO RESPOND TO 4TH AMENDED COMPLAINT
ORDER THEREON (proposed)