UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, FAUSTO AGUILAR, GONZALO AGUILAR, CHARLES CHILTON, FELIX CORTES, OMAR FRANCO, DOUGLAS GIVENS, ROBERT IVY, QUINCY MOUTON, LUIS OSUNA, RICHARD RANKIN, HECTOR RODRIGUEZ, MARTIN SANDOVAL, HENRY TAYLOR, LLOYD THIBEAUX, MICHAEL BROWN, ASTRIAN CAEL, ARNULFO CARRANZA-RIVAS, APOLINAR CORNEJO, ROY EDWARDS, VICTOR HAMPTON, RANDY KEYS, ANDRE LARRIMORE, TERRY MACKEY, DOUGLAS TURNER, JEFF WEST, ROBERT WHITE, MARQUEZ BOYD<br><br>Plaintiffs,<br><br>vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO CAPITAL, INC., FORTNEY & WEYGANDT, INC., IMR CONTRACTOR CORPORATION, BAY BUILDING SERVICES, BAY AREA CONSTRUCTION FRAMERS, INC., ALL HALLOWS PRESERVATION, L.P., BAYVIEW PRESERVATION, L.P., LA SALLE PRESERVATION, L.P., SHOREVIEW PRESERVATION, L.P. and DOES 1-50,<br><br>Defendants. | Case No. 08-CV-3447 CW<br><br>JOINT STIPULATION OF DISMISSAL |

JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs Marquez Boyd, Michael Brown, Astrian Cael, Apolinar Cornejo, Felix

Cortes, Omar Franco, Victor Hampton, Andre Larrimore, Luis Osuna, Martin Sandoval, Henry Taylor, Jeff West and Robert White and Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to dismiss the claims in this action of the above-referenced plaintiffs with prejudice. In support of their Joint Stipulation of Dismissal, the Parties show as follows:

1. Plaintiffs are Marquez Boyd, Michael Brown, Astrian Cael, Apolinar Cornejo, Felix Cortes, Omar Franco, Victor Hampton, Andre Larrimore, Luis Osuna, Martin Sandoval, Henry Taylor, Jeff West and Robert White. Defendants are Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P..

2. Plaintiffs filed a Complaint initiating this action on December 14, 2007. After amendments the current complaint in this action is the Fourth Amended Complaint filed on May 11, 2009.

3. Plaintiffs, identified above, desire to dismiss their causes of action with prejudice as to all of their claims against all defendants, without affecting the rights of the remaining plaintiffs in this litigation.

4. Defendants have all answered the Fourth Amended Complaint.

5. This case is not a class action.

6. This dismissal is with prejudice to re-filing.

7. The following plaintiffs remain in this action: Gregory Hall, Fausto Aguilar, Gonzalo

Aguilar, Charles Chilton, Douglas Givens, Robert Ivy, Quincy Mouton, Richard Rankin, Hector Rodriguez, Lloyd Thibeaux, Arnulfo Carranza-Rivas, Roy Edwards, Randy Keys, Terry Mackey, Douglas Turner. These plaintiffs maintain all of their causes of actions against all Defendants.

WHEREFORE, the Parties stipulate that the claims of Plaintiffs Marquez Boyd, Michael Brown, Astrian Cael, Apolinar Cornejo, Felix Cortes, Omar Franco, Victor Hampton, Andre Larrimore, Luis Osuna, Martin Sandoval, Henry Taylor, Jeff West and Robert White be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Jointly Stipulated this _____ day of December, 2009.

Counsel for Plaintiffs:

Robert Salinas
SUNDEEN SALINAS & PYLE

Counsel For IMR Contractor Corporation:

Paul V. Simpson
SIMPSON, GARRITY, INNES and JACUZZI

Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., Al Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.:

Jeffrey T. Johnson
HOLLAND & HART, LLP

Counsel for Fortney & Weygandt, Inc.:

Michael J. Fortney
FORTNEY & KLINGSHIRN

Counsel for Bay Area Construction Framers, Inc.:

Joseph E. Powell
LAW OFFICES OF JOSEPH E. POWELL

Aguilar, Charles Chilton, Douglas Givens, Robert Ivy, Quincy Mouton, Richard Rankin, Hector Rodriguez, Lloyd Thibeaux, Arnulfo Carranza-Rivas, Roy Edwards, Randy Keys, Terry Mackey, Douglas Turner. These plaintiffs maintain all of their causes of actions against all Defendants.

WHEREFORE, the Parties stipulate that the claims of Plaintiffs Marquez Boyd, Michael Brown, Astrian Cael, Apolinar Cornejo, Felix Cortes, Omar Franco, Victor Hampton, Andre Larrimore, Luis Osuna, Martin Sandoval, Henry Taylor, Jeff West and Robert White be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Jointly Stipulated this _____ day of December, 2009.

Counsel for Plaintiffs:

_____
Robert Salinas
SUNDEEN SALINAS & PYLE

Counsel for IMR Contractor Corporation:

/s/ Paul V. Simpson
_____
Paul V. Simpson
SIMPSON, GARRITY, INNES and JACUZZI

Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.:

_____
Jeffrey T. Johnson
HOLLAND & HART, LLP

Counsel for Fortney & Weygandt, Inc.:

_____
Michael L. Fortney
FORTNEY & KLINGSHIRN

Counsel for Bay Area Construction Framers, Inc.:

_____
Joseph E. Powell
LAW OFFICES OF JOSEPH E. POWELL

Aguilar, Charles Chilton, Douglas Givens, Robert Ivy, Quincy Mouton, Richard Rankin, Hector Rodriguez, Lloyd Thibeaux, Arnulfo Carranza-Rivas, Roy Edwards, Randy Keys, Terry Mackey, Douglas Turner. These plaintiffs maintain all of their causes of actions against all Defendants.

WHEREFORE, the Parties stipulate that the claims of Plaintiffs Marquez Boyd, Michael Brown, Astrian Cael, Apolinar Cornejo, Felix Cortes, Omar Franco, Victor Hampton, Andre Larrimore, Luis Osuna, Martin Sandoval, Henry Taylor, Jeff West and Robert White be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Jointly Stipulated this _____ day of December, 2009.

| Counsel for Plaintiffs: | Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.: |
|---|---|
| _____ | |
| Robert Salinas | |
| SUNDEEN SALINAS & PYLE | |
| | Jeffrey T. Johnson |
| | HOLLAND & HART, LLP |
| Counsel For IMR Contractor Corporation: | Counsel for Fortney & Weygandt, Inc.: |
| _____ | |
| Paul V. Simpson | Michael L. Fortney |
| SIMPSON, GARRITY, INNES and JACUZZI | FORTNEY & KLINGSHIRN |

Counsel for Bay Area Construction Framers, Inc.:

/s/ Joseph E. Powell

Joseph E. Powell
LAW OFFICES OF JOSEPH E. POWELL

# ORDER OF THE COURT

IT IS HEREBY ORDERED that the claims of Plaintiffs Marquez Boyd, Michael Brown, Astrian Cael, Apolinar Cornejo, Felix Cortes, Omar Franco, Victor Hampton, Andre Larrimore, Luis Osuna, Martin Sandoval, Henry Taylor, Jeff West and Robert White are DISMISSED WITH PREJUDICE from this action.

Dated: _____3/3/_____, 2010

*/s/ Claudia Wilken*

Honorable CLAUDIA WILKEN
United States District Court Judge