IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL,<br><br>    Plaintiff,<br><br>  v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT,<br><br>    Defendant.<br>_____/ | No. C 08-03447 CW<br><br><u>ORDER OF REFERENCE TO MAGISTRATE JUDGE</u> |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion to Compel Further Production of Documents, Administrative Motion to File Under Seal, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Hearing previously scheduled for Thursday, September 9, 2010 at 2:00 p.m. is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 8/12/2010

                                                                     */s/ Claudia Wilken*<br>
CLAUDIA WILKEN<br>
United States District Judge

cc: Sue; Assigned M/J w/mo.