UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| GREGORY HALL, *et al.*, | No. C 08-03447 CW (LB) |
| Plaintiffs,<br>v. | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| APARTMENT INVESTMENT AND MANAGEMENT, *et al.*, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Plaintiffs' Motion to Compel and Administrative Motion to File Under Seal, electronically filed on August 5, 2010, which are discovery matters, to United States Magistrate Judge Laurel Beeler. The Motion to Compel was noticed for September 9, 2010. The Court **VACATES** the current hearing date and **DENIES** the Motion to Compel without prejudice and directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter instead of a formal motion by September 17, 2010. After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further briefing or argument.

1   The Court **GRANTS** Plaintiffs' Motion to File Documents Under Seal. ECF No. 91. The
2   parties shall include in their joint letter any unresolved issues regarding the items filed under seal.
3   **IT IS SO ORDERED.**
4   Dated: August 17, 2010

_____
LAUREL BEELER
United States Magistrate Judge