1  **ROBERT SALINAS, SBN 184260**
   **PAMELA KONG, SBN 220912**
2  **JORGE AGUILAR II, SBN 238111**
   SUNDEEN SALINAS & PYLE
3  428 13^(TH) Street, 8^(th) Floor
   Oakland, CA 94612
4  Telephone:   510.663.9240
   Telefax:     510.663.9241
5
   Attorneys for Plaintiffs
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY HALL, et al. | CASE NO. 08-CV-3447 CW |
| Plaintiff, | |
| vs. | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, et al., | |
| Defendant. | **The Honorable Claudia Wilken** |

**ORDER**

Upon good cause shown, **IT IS HEREBY ORDERED** that the following documents shall be received and filed under seal in their entireties:

1. The SEVEN RECOVERED DELETED DOCUMENTS

DATED: September 1, 2010        BY THE COURT

_____
HON. CLAUDIA WILKEN