1

2 **UNITED STATES DISTRICT COURT**

3 **NORTHERN DISTRICT OF CALIFORNIA**

4 GREGORY HALL, FAUSTO AGUILAR, )
  GONZALO AGUILAR, CHARLES )
5 CHILTON, DOUGLAS GIVENS, ROBERT )
  IVY, QUINCY MOUTON, RICHARD )
6 RANKIN, HECTOR RODRIGUEZ, LLOYD )  Case No. 08-CV-3447 CW
  THIBEAUX, ARNULFO CARRANZA- )
7 RIVAS, ROY EDWARDS, TERRY )
  MACKEY, and DOUGLAS TURNER, )
8 )
                    Plaintiffs, )
9 )
  v. )                                        **JOINT STIPULATION FOR STAY OF**
10 )                                        **DISCOVERY AND EXTENSION OF**
  APARTMENT INVESTMENT AND )                  **FACT DISCOVERY CUTOFF [AND**
11 MANAGEMENT COMPANY, AIMCO )                **ORDER]**
  CAPITAL, INC., FORTNEY & )
12 WEYGANDT, INC., IMR CONTRACTOR )
  CORPORATION, BAY BUILDING )
13 SERVICES, BAY AREA CONSTRUCTION )
  FRAMERS, INC., ALL HALLOWS )
14 PRESERVATION, L.P., BAYVIEW )
  PRESERVATION, L.P., LA SALLE )
15 PRESERVATION, L.P., SHOREVIEW )
  PRESERVATION, L.P., and DOES 1-50, )
16 )
                    Defendants. )
17 )

18 _____

19

20      The parties hereto, by their respective counsel, hereby stipulate and jointly move the Court

21 for an order staying discovery in the case and extending the fact discovery cutoff, as more fully set

22 forth below.  As grounds for this motion, the parties hereto state as follows:

23

24      1.      On July 28, 2010, Defendant Fortney & Weygandt, Inc. filed its Notice of Motion to

25 Disqualify Plaintiffs' Attorneys (and supporting papers) (Dkt. No. 85, *et seq.*), in the above-

26 captioned matter.  The motion is to be heard on September 9, 2010, at 2:00 p.m.

27

28

1    2.    In light of such motion, the parties hereto believe that it is in the interests of justice,

2  and the orderly and efficient prosecution of this case, that any further discovery should be stayed

3  pending the hearing and determination of the Motion to Disqualify Plaintiffs' Attorneys.

4    3.    Plaintiffs intend to file shortly a discovery motion that they that they contend is

5  directly related to the Motion to Disqualify.  Such discovery motion is expressly excluded from this

6  Joint Stipulation.

7    4.    The fact discovery cutoff in this case is currently set for September 11, 2010.  The

8  parties agree that the remaining time for fact discovery should be tolled while the Motion to

9

10 Disqualify is heard and ruled upon.

11    5.    The current status of discovery in the case is set forth in Exhibit A hereto.  It is the

12 intention of the parties to this Joint Stipulation that after such motion is decided by the Court, and

13 depending upon the Court's ruling, the parties be placed in the same position as they were prior to

14 the stay, *i.e.,* that they be able to conduct the same fact discovery as previously contemplated.

15

16    6.    Thus, the parties request that the fact discovery cutoff be extended by the number of

17 days from July 28, 2010, the date the Motion to Disqualify Plaintiffs' Attorneys was filed, until the

18 date of the Court's ruling thereupon, or such later date as determined by the Court in its discretion.

19    7.    All parties reserve the right to request that the Court continue any other deadlines as

20 may be necessary.

21

22    WHEREFORE, the parties hereto respectfully request that the Court order as follows:

23    1.    That with the exception of Plaintiffs' contemplated discovery motion, all further fact

24 discovery in this case is hereby stayed pending the hearing and ruling by the Court on Defendant

25 Fortney & Weygandt, Inc.'s Motion to Disqualify Plaintiffs' Attorneys; and

26

27

28

2.    That the fact discovery cutoff, which is currently set for September 11, 2010, shall be extended by the number of days from July 28, 2010, the date the Motion to Disqualify Plaintiffs' Attorneys was filed, until the date of the Court's ruling thereupon, or such later date as determined by the Court in its discretion.

IT IS SO ORDERED.

BY THE COURT:

Hon. Claudia Wilken
United States District Court Judge

AGREED AND APPROVED:

SUNDEEN SALINAS & PYLE

By _____
Robert Salinas
Pamela Kong
Jorge Aguilar

ATTORNEYS FOR PLAINTIFFS

HOLLAND & HART LLP

By _____
Jeffrey T. Johnson

ATTORNEYS FOR DEFENDANTS
APARTMENT INVESTMENT AND
MANAGEMENT COMPANY; AIMCO CAPITAL
INC.; ALL HALLOWS PRESERVATION, L.P.;
BAYVIEW PRESERVATION, L.P.;
LA SALLE PRESERVATION, L.P.; and
SHOREVIEW PRESERVATION, L.P.

FORTNEY & KLINGSHIRN

By _____
    Michael L. Fortney

ATTORNEYS FOR DEFENDANT
FORTNEY & WEYGANDT, INC.


SIMPSON, GARRITY, INNES and JACUZZI

By _____
    Paul V. Simpson

ATTORNEYS FOR DEFENDANT
IMR CONTRACTOR CORPORATION

LAW OFFICES OF JOSEPH E. POWELL

By _____
    Joseph E. Powell

ATTORNEYS FOR DEFENDANT
BAY AREA CONSTRUCTION FRAMERS, INC.

4881295_1.DOC

JOINT STIPULATION FOR STAY OF DISCOVERY AND EXTENSION OF
FACT DISCOVERY CUTOFF [AND ORDER]
-4-

1

2   FORTNEY & KLINGSHIRN

3   By _____
        Michael J. Fortney

4   ATTORNEYS FOR DEFENDANT
    FORTNEY & WEYGANDT, INC.

5

6   SIMPSON, GARRITY, INNES and JACUZZI

7

8   By _____
        Paul V. Simpson

9   ATTORNEYS FOR DEFENDANT
10  IMR CONTRACTOR CORPORATION

11  LAW OFFICES OF JOSEPH E. POWELL

12

13  By _____
        Joseph E. Powell

14  ATTORNEYS FOR DEFENDANT
15  BAY AREA CONSTRUCTION FRAMERS, INC.

16

17  4881295_1.DOC

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR STAY OF DISCOVERY AND EXTENSION OF
FACT DISCOVERY CUTOFF [AND ORDER]
-4-

1  FORTNEY & KLINGSHIRN

2

3  By _____
          Michael L. Fortney

4  ATTORNEYS FOR DEFENDANT
   FORTNEY & WEYGANDT, INC.

5

6  SIMPSON, GARRITY, INNES and JACUZZI

7

August 3, 2010

8  By _Robert N. Wenbourne Esq._
          Paul V. Simpson

9  ATTORNEYS FOR DEFENDANT

10  IMR CONTRACTOR CORPORATION

11  LAW OFFICES OF JOSEPH E. POWELL

12

13  By _____
          Joseph E. Powell

14

15  ATTORNEYS FOR DEFENDANT
   BAY AREA CONSTRUCTION FRAMERS, INC.

16

17  4881295_1.DOC

18

19

20

21

22

23

24

25

26

27

28  JOINT STIPULATION FOR STAY OF DISCOVERY AND EXTENSION OF
   FACT DISCOVERY CUTOFF [AND ORDER]
   -4-

1   FORTNEY & KLINGSHIRN

2

3   By _____
        Michael L. Fortney

4   ATTORNEYS FOR DEFENDANT
    FORTNEY & WEYGANDT, INC.
5

6

7   SIMPSON, GARRITY, INNES and JACUZZI

8   By _____
        Paul V. Simpson

9

10  ATTORNEYS FOR DEFENDANT
    IMR CONTRACTOR CORPORATION

11

12  LAW OFFICES OF JOSEPH E. POWELL

13  By _____
        Joseph E. Powell

14

15  ATTORNEYS FOR DEFENDANT
    BAY AREA CONSTRUCTION FRAMERS, INC.

16

17

18  4881295_1.DOC

19

20

21

22

23

24

25

26

27

28
        JOINT STIPULATION FOR STAY OF DISCOVERY AND EXTENSION OF
              FACT DISCOVERY CUTOFF [AND ORDER]
                              -4-

**Exhibit A**
**to Joint Stipulation for Stay of Discovery**
**and Extension of Lay Witness Discovery Cutoff [and Order]**

<u>Discovery Scheduled (as of August 3, 2010), in Hall, *et al.* v. AIMCO, *et al.*</u>

Plaintiffs have scheduled the following depositions:

      a.   John Buettner on August 2, 2010

      b.   Steve Silva on August 3, 2010

      c.   Don Maloy on August 5, 2010

      d.   John Scott on August 6, 2010

      e.   Marshall Hornstein  on August 6, 2010

      f.   Elise Johnson on August 18, 2010

      g.   Jim Diaz on August 19, 2010

      h.   Paul Springthorpe on August 26, 2010

      i.   Richard Ingram on September 23, 2010

With the exception of the depositions of Elise Johnson and Jim Diaz, the above deposition dates and times were fully confirmed.

Plaintiffs also served deposition subpoenas on Ken Nim and Chris Iglesias.  The only thing left to be done is to find alternative dates because AIMCO and Fortney counsel could not attend on the dates noticed.

Plaintiffs also served a third set of special interrogatories on Defendants IMR and Bay Area Construction Framers on June 28, 2010.  Defendant IMR has objected to all of these interrogatories. Bay Area Construction Framers has not responded.

Plaintiffs also served a third set of requests for documents on Fortney and Weygandt on July 9, 2010.

1    Defendants AIMCO and Bay Area Construction Framers served subpoenas on the

2 Carpenters Union Local 22.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28