UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| GREGORY HALL, *et al.*, | No. C 08-03447 LB |
| Plaintiffs, | **ORDER GRANTING EXTENSION OF TIME TO FILE DISCOVERY LETTER** |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT, *et al.*, | |
| Defendants. | |

On September 16, 2010, the parties filed a Stipulation requesting that the Court extend the due date for a joint discovery letter from September 17, 2010 to September 21, 2010. ECF No. 105 at 2. Pursuant to the Stipulation, the Court **HEREBY EXTENDS** the deadline for the parties to file their joint discovery letter. The parties must submit a joint discovery letter – if one is necessary to resolve their dispute – by September 21, 2010.

**IT IS SO ORDERED.**

Dated: September 16, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 08-03447