**ROBERT SALINAS, SBN 184260**
**PAMELA KONG, SBN 220912**
**JORGE AGUILAR II, SBN 238111**
SUNDEEN SALINAS & PYLE
428 13TH Street, 8th Floor
Oakland, CA 94612
Telephone:   510.663.9240
Telefax:       510.663.9241

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY HALL, et al.<br><br>          Plaintiff,<br><br>     vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, et al.,<br><br>          Defendant. | CASE NO.  08-CV-3447 CW<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SHORTEN TIME**<br><br>**The Honorable Claudia Wilken** |

IT IS HEREBY ORDERED THAT, application having been made by Plaintiffs Gregory Hall, et al., and good cause appearing, the administrative motion for an order shortening time for hearing on motion and service of notice of the following motions(s) IS GRANTED:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONTINUE TRIAL DATE AND TO MODIFY SCHEDULING ORDER**

The motion(s), together with a copy of this Order, shall be e-filed, no later than 4 PM, on September 23, 2010, (to the office of) Defendants' Attorney.

Opposition shall be e-filed, no later than 4 PM, on September 30, 2010.

Reply shall be e-filed, no later than 4 PM, on October 4, 2010.

The motion will be decided on the papers.

DATED: September 23, 2010          BY THE COURT

_____
HON. CLAUDIA WILKEN

- 2 -          [Proposed] ORDER