UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| GREGORY HALL, *et al.*, | No. C 08-03447 LB |
| Plaintiffs,<br>v.<br>APARTMENT INVESTMENT AND MANAGEMENT, *et al.*,<br>Defendants.<br>_____/ | **ORDER STRIKING DOCKET ENTRY #111 AND DIRECTING PARTIES TO FILE JOINT DISCOVERY LETTER BY OCTOBER 15, 2010** |

The district court referred the current discovery dispute and all further discovery to this Court on August 12, 2010. ECF No. 96 at 1. On August 17, 2010, this Court denied without prejudice Plaintiffs' Motion to Compel and directed the parties to follow Judge Beeler's Standing Order regarding discovery disputes. ECF No. 97 at 1. The Court granted the parties permission to meet and confer via telephone.

The Standing Order requires that if a meet and confer does not resolve the outstanding issues, "the parties shall file a *joint* letter instead of a formal motion." Judge Beeler's Standing Order, ECF No. 97-1 at 2 (emphasis added). Although the Standing Order requires the parties to file a *joint* letter, on September 21, 2010, the parties in this matter filed *separate* letters regarding the pending discovery dispute. ECF No. 111. Because they failed to comply with this Court's Standing Order, docket entry 111 and its attachment are **HEREBY STRICKEN** and will not be considered by the Court. Lead trial counsel for all parties shall submit a joint letter by October 15, 2010. If lead trial

1  counsel are unable to submit a joint letter by that time, the Court will require the parties to meet and
2  confer **in person**.
3  **IT IS SO ORDERED.**
4  Dated: September 29, 2010

_____
LAUREL BEELER
United States Magistrate Judge