IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>APARTMENT INVESTMENT AND<br>MANAGEMENT COMPANY, et al.,<br><br>   Defendants._____/ | No. C 08-3447 CW<br><br>ORDER GRANTING IN PART PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER<br>(Docket No. 107) |

## **ORDER OF THE COURT**

Finding good cause, the Court GRANTS in part Plaintiffs' Motion to Continue Trial Date and Modify Scheduling Order.  (Docket No. 107.)

IT IS HEREBY ORDERED that:

(1) The 20-day jury trial currently scheduled for April 25, 2011 at 8:30 a.m. be maintained.

(2) The parties will conclude fact discovery on December 31, 2010.

(3) All expert witness disclosures and reports are due on January 14, 2011.

(4) The parties will conclude expert discovery on February 28, 2011.

(5) Dispositive motions shall be heard on or before January 6, 2011.

(6) A further status conference currently scheduled for December 16, 2010 at 2:00 p.m. will be continued to January 6, 2011 at 2:00 p.m.

(7) The pretrial conference date currently scheduled for March 29, 2011 at 2:00 p.m. is maintained.

Dated: **10/6/2010**

_____
The Honorable Claudia Wilken