# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, FAUSTO AGUILAR, GONZALO AGUILAR, CHARLES CHILTON, DOUGLAS GIVENS, ROBERT IVY, QUINCY MOUTON, RICHARD RANKIN, HECTOR RODRIGUEZ, LLOYD THIBEAUX, ARNULFO CARRANZA-RIVAS, TERRY MACKEY,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO CAPITAL, INC., FORTNEY & WEYGANDT, INC., IMR CONTRACTOR CORPORATION, BAY BUILDING SERVICES, BAY AREA CONSTRUCTION FRAMERS, INC., ALL HALLOWS PRESERVATION, L.P., BAYVIEW PRESERVATION, L.P., LA SALLE PRESERVATION, L.P., SHOREVIEW PRESERVATION, L.P. and DOES 1-50,<br><br>　　　Defendants. | Case No. 08-CV-3447 CW<br><br>**JOINT STIPULATION OF DISMISSAL** |

COME NOW Plaintiff HECTOR RODRIGUEZ and Defendants, Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to <u>partially</u> dismiss the claims in this action of the above-referenced plaintiff with prejudice. In support of their Joint Stipulation of Dismissal, the Parties

show as follows:

1.Plaintiff is HECTOR RODRIGUEZ.  Defendants are Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

2.Plaintiff filed a Complaint initiating this action on December 14, 2007.  After amendments the current complaint in this action is the Fourth Amended Complaint filed on May 11, 2009.

3.Plaintiff HECTOR RODRIGUEZ desires to dismiss his causes of action with prejudice as to all of his claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., without affecting the rights of the remaining plaintiffs in this litigation.

5.Defendants have all answered the Fourth Amended Complaint.

6.This case is not a class action.

7.This dismissal is with prejudice to re-filing.

8.The following plaintiffs remain in this action: Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Robert Ivy, Quincy Mouton, Richard Rankin, Hector Rodriguez, Lloyd Thibeaux, Arnulfo Carranza-Rivas and Terry Mackey.

9.Plaintiffs Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Quincy Mouton, Richard Rankin, Terry Mackey maintain all of their causes of actions against all Defendants.

10.   Plaintiffs HECTOR RODRIGUEZ and ARNULFO CARRANZA-RIVAS maintain all of their claims against Defendants IMR Contractor Corporation and Bay Building Services; ROBERT IVY and LLOYD THIBEAUX maintain all of their claims against Defendant Bay Area Construction Framers, Inc.

WHEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and request that the claims of HECTOR RODRIGUEZ be dismissed with prejudice as to all of his claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

Jointly stipulated this 16th day of November, 2010.

| Counsel for Plaintiffs: | Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.: |
|---|---|
| _____ <br> Robert Salinas <br> SUNDEEN SALINAS & PYLE | |
| | _____ <br> Jeffrey T. Johnson <br> HOLLAND & HART, LLP |
| Counsel For IMR Contractor Corporation: | Counsel for Fortney & Weygandt, Inc.: |
| _____ <br> Paul V. Simpson <br> SIMPSON, GARRITY, INNES and JACUZZI | _____ <br> Michael L. Fortney <br> FORTNEY & KLINGSHIRN |
| | Counsel for Bay Area Construction Framers, Inc.: |
| | _____ <br> Joseph E. Powell <br> LAW OFFICES OF JOSEPH E. POWELL |

(Page 1 of 1)

NOV-16-2010 01:17 PM   jepaain                415 788 4949                P. 1

10.  Plaintiffs HECTOR RODRIGUEZ and ARNULFO CARRANZA-RIVAS maintain all of their claims against Defendants IMR Contractor Corporation and Bay Building Services; ROBERT IVY and LLOYD THIBEAUX maintain all of their claims against Defendant Bay Area Construction Framers, Inc.

WHEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and request that the claims of HECTOR RODRIGUEZ be dismissed with prejudice as to all of his claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

Jointly stipulated this 16th day of November, 2010.

Counsel for Plaintiffs:

_____
Robert Salinas
SUNDEEN SALINAS & PYLE

Counsel for IMR Contractor Corporation:

_____
Paul V. Simpson
SIMPSON, GARRITY, INNES and JACUZZI

Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.:

_____
Jeffrey T. Johnson
HOLLAND & HART, LLP

Counsel for Fortney & Weygandt, Inc.:

_____
Michael J. Fortney
FORTNEY & KLINGSHIRN

Counsel for Bay Area Construction Framers, Inc.:

_____
Joseph E. Powell
LAW OFFICES OF JOSEPH E. POWELL

Joint Stipulation for Partial Dismissal
HALL v. AIMCO INC., Case No. 08-CV-3447 CW                          Page 3

## ORDER OF THE COURT

IT IS HEREBY ORDERED that, as to the complaints of Plaintiff HECTOR RODRIGUEZ, all causes of action against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., are HEREBY DISMISSED WITH PREJUDICE. Plaintiff HECTOR RODRIGUEZ maintains all of his claims against Defendants IMR Contractor Corporation and Bay Building Services, Inc.

**January 3, 2011**
Dated: ~~November ____, 2010~~      _____
HONORABLE CLAUDIA WILKEN

_____

Joint Stipulation for Partial Dismissal
HALL v. AIMCO INC., Case No. 08-CV-3447 CW                                    Page 4