UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, FAUSTO AGUILAR, GONZALO AGUILAR, CHARLES CHILTON, DOUGLAS GIVENS, ROBERT IVY, QUINCY MOUTON, RICHARD RANKIN, HECTOR RODRIGUEZ, LLOYD THIBEAUX, ARNULFO CARRANZA-RIVAS, ROY EDWARDS, TERRY MACKEY, and DOUGLAS TURNER,<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO CAPITAL, INC., FORTNEY & WEYGANDT, INC., IMR CONTRACTOR CORPORATION, BAY BUILDING SERVICES, BAY AREA CONSTRUCTION FRAMERS, INC., ALL HALLOWS PRESERVATION, L.P., BAYVIEW PRESERVATION, L.P., LA SALLE PRESERVATION, L.P., SHOREVIEW PRESERVATION, L.P., and DOES 1-50,<br><br>Defendants. | Case No. 08-CV-3447 CW<br><br>**JOINT STIPULATION RE DISCOVERY DISPUTES IN NOVEMBER 29, 2010 JOINT LETTER OF PLAINTIFFS ROBERT IVY AND LLOYD THIBEAUX AND BAY AREA CONSTRUCTION FRAMERS** |

The parties hereto, by their respective counsel, hereby stipulate and jointly request a Court order extending time to submit a joint letter brief regarding the discovery issues raised in their joint letter of November 29, 2010, as more fully set forth below. As grounds for this request, the parties hereto state as follows:

1. On November 29, 2010 the parties submitted a joint letter brief to the Court regarding outstanding discovery matters.

2.  On December 16, 2010, the Court held a hearing with counsel for the parties to resolve these discovery issues. On that same date, the Court filed its Order as to the outstanding discovery issues.

3.  On December 16, 2010, Plaintiffs' counsel Pamela Kong sought available dates from Defendant Bay Area Construction Framer's counsel Joseph Powell to inspect BACF's payroll systems and computers and to depose BACF employees Pat O'Neil and Russ Thorsted. On December 20, Mr. Powell responded that the best dates for the inspection and the depositions were during the week of January 10, 2010.

4.  On December 28, 2010, Ms. Kong informed Mr. Powell that it was not feasible to conduct the inspection and the deposition in the same week. She also asked to conduct the inspection during the week before the depositions. That same day, Ms. Kong became ill and was unable to work again until January 3, 2010.

5.  On December 29, 2010, Mr. Powell indicated that Ms. Kong could inspect the payroll systems and computers for only a few hours on January 5, 2011.

6.  On January 3, 2010, Ms. Kong informed Mr. Powell that she would be going forward with an initial inspection on January 5 and suggested calendaring the depositions for January 13 and 14.

7.  That same day, Mr. Powell responded that BACF was moving offices and that due to payroll demands, the inspection was not possible on January 5, 2011 but the deposition dates appeared fine. Mr. Powell also informed Ms. Kong that the earliest date that the inspection of the computer records could occur for certain was January 17, 2011.

8.  Ms. Kong explained that she wanted to conduct the depositions after the inspection. Mr. Powell agreed.

WHEREFORE, the parties hereto respectfully request that the Court order as follows:

JOINT STIPULATION FOR EXTENSION TO FILE JOINT LETTER BRIEF
-2-

1. The Court grant the parties until February 4, 2011 to submit a joint letter brief regarding the discovery issues set forth in its Order of December 16, 2011.

IT IS SO ORDERED.

Date: January 11, 2011

BY THE COURT:

_____
Hon. Laurel Beeler
United States District Court Magistrate Judge

AGREED AND APPROVED:

SUNDEEN SALINAS & PYLE

By _____
Robert Salinas
Pamela Kong
Jorge Aguilar

ATTORNEYS FOR PLAINTIFFS

LAW OFFICES OF JOSEPH POWELL

By _____
Joseph Powell

ATTORNEYS FOR DEFENDANTS
BAY AREA CONSTRUCTION FRAMERS

JOINT STIPULATION FOR EXTENSION TO FILE JOINT LETTER BRIEF
-3-