UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, FAUSTO AGUILAR, GONZALO AGUILAR, CHARLES CHILTON, DOUGLAS GIVENS, ROBERT IVY, QUINCY MOUTON, RICHARD RANKIN, HECTOR RODRIGUEZ, LLOYD THIBEAUX, ARNULFO CARRANZA-RIVAS, TERRY MACKEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO CAPITAL, INC., FORTNEY & WEYGANDT, INC., IMR CONTRACTOR CORPORATION, BAY BUILDING SERVICES, BAY AREA CONSTRUCTION FRAMERS, INC., ALL HALLOWS PRESERVATION, L.P., BAYVIEW PRESERVATION, L.P., LA SALLE PRESERVATION, L.P., SHOREVIEW PRESERVATION, L.P. and DOES 1-50,<br><br>    Defendants. | Case No. 08-CV-3447 CW<br><br>**JOINT STIPULATION OF DISMISSAL** |

    COME NOW Plaintiffs and Defendants, Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to dismiss the claims in this action of the above-referenced plaintiffs with prejudice. In support of their Joint Stipulation of Dismissal, the Parties show as follows:

1. Plaintiffs are ROY EDWARDS, DOUGLAS TURNER, ARNULFO CARANZA-RIVAS, ROBERT IVY and LLOYD THIBEAUX.  Defendants are Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P..

2. Plaintiffs filed a Complaint initiating this action on December 14, 2007.  After amendments the current complaint in this action is the Fourth Amended Complaint filed on May 11, 2009.

3. Plaintiffs ROY EDWARDS and DOUGLAS TURNER desire to dismiss their causes of action with prejudice as to all of their claims against <u>all</u> Defendants, without affecting the rights of the remaining plaintiffs in this litigation.

4. Plaintiffs ARNULFO CARANZA-RIVAS, ROBERT IVY and LLOYD THIBEAUX desire to dismiss their causes of action with prejudice as to all of their claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., without affecting the rights of the remaining plaintiffs in this litigation.

5. Defendants have all answered the Fourth Amended Complaint.

6. This case is not a class action.

7. This dismissal is with prejudice to re-filing.

8. The following plaintiffs remain in this action: Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Robert Ivy, Quincy Mouton, Richard Rankin, Hector Rodriguez, Lloyd Thibeaux, Arnulfo Carranza-Rivas, Terry Mackey.


9. Plaintiffs Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Quincy Mouton, Richard Rankin, Hector Rodriguez, Terry Mackey maintain all of their causes of actions against all Defendants. Plaintiff Arnulfo Caranza-Rivas maintains all of his claims against Defendants IMR Contractor Corporation and Bay Building Services; Robert Ivy and Lloyd Thibeaux maintain all of their claims against Defendant Bay Area Construction Framers, Inc.

WHEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and request that the claims of Plaintiffs Roy Edwards and Douglas Turner be dismissed with prejudice. The Parties further stipulate and request that the claims of Arnulfo Caranza-Rivas, Robert Ivy and Lloyd Thibeaux be dismissed with prejudice as to all of their claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

Jointly Stipulated this 3rd day of September, 2010.

Counsel for Plaintiffs:

_____
Robert Salinas
SUNDEEN SALINAS & PYLE

Counsel For IMR Contractor Corporation:

_____
Paul V. Simpson
SIMPSON, GARRITY, INNES and JACUZZI

Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.:

_____
Jeffrey T. Johnson
HOLLAND & HART, LLP

Counsel for Fortney & Weygandt, Inc.:

_____
Michael L. Fortney
FORTNEY & KLINGSHIRN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Counsel for Bay Area Construction Framers, Inc.:

_____

Joseph E. Powell
LAW OFFICES OF JOSEPH E. POWELL

## ORDER OF THE COURT

IT IS HEREBY ORDERED that, as to the complaints of Plaintiffs ROY EDWARDS and DOUGLAS TURNER, all causes of action against all Defendants are HEREBY DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that, as to the complaints of Plaintiffs ARNULFO CARANZA-RIVAS, ROBERT IVY and LLOYD THIBEAUX, all causes of action against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., are HEREBY DISMISSED WITH PREJUDICE.  Plaintiff ARNULFO CARANZA-RIVAS maintains all of his claims against Defendants IMR Contractor Corporation and Bay Building Services; Plaintiffs ROBERT IVY and LLOYD THIBEAUX maintain all of their claims against Defendant Bay Area Construction Framers, Inc.

Dated: ~~September ____, 2010~~   **1/19/2011**

_____
HONORABLE CLAUDIA WILKEN

9. Plaintiffs Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Quincy Mouton, Richard Rankin, Hector Rodriguez, Terry Mackey maintain all of their causes of actions against all Defendants. Plaintiff Arnulfo Caranza-Rivas maintains all of his claims against Defendants IMR Contractor Corporation and Bay Building Services; Robert Ivy and Lloyd Thibeaux maintain all of their claims against Defendant Bay Area Construction Framers, Inc.

WHEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and request that the claims of Plaintiffs Roy Edwards and Douglas Turner be dismissed with prejudice. The Parties further stipulate and request that the claims of Arnulfo Caranza-Rivas, Robert Ivy and Lloyd Thibeaux be dismissed with prejudice as to all of their claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

Jointly Stipulated this 3rd day of September, 2010.

Counsel for Plaintiffs:

_____
Robert Salinas
SUNDEEN SALINAS & PYLE

Counsel For IMR Contractor Corporation:

_____
Paul V. Simpson
SIMPSON, GARRITY, INNES and JACUZZI

Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.:

_____
Jeffrey T. Johnson
HOLLAND & HART, LLP

Counsel for Fortney & Weygandt, Inc.:

_____
Michael L. Fortney
FORTNEY & KLINGSHIRN

Counsel for Bay Area Construction Framers, Inc.:

_____
Joseph E. Powell
LAW OFFICES OF JOSEPH E. POWELL

9.  Plaintiffs Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Quincy Mouton, Richard Rankin, Hector Rodriguez, Terry Mackey maintain all of their causes of actions against all Defendants. Plaintiff Arnulfo Caranza-Rivas maintains all of his claims against Defendants IMR Contractor Corporation and Bay Building Services; Robert Ivy and Lloyd Thibeaux maintain all of their claims against Defendant Bay Area Construction Framers, Inc.

WHEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and request that the claims of Plaintiffs Roy Edwards and Douglas Turner be dismissed with prejudice. The Parties further stipulate and request that the claims of Arnulfo Caranza-Rivas, Robert Ivy and Lloyd Thibeaux be dismissed with prejudice as to all of their claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

Jointly Stipulated this 3rd day of September, 2010.

| Counsel for Plaintiffs: | Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.: |
|---|---|
| _____<br>Robert Salinas<br>SUNDEEN SALINAS & PYLE | _____<br>Jeffrey T. Johnson<br>HOLLAND & HART, LLP |
| Counsel For IMR Contractor Corporation:<br>/s/ Paul V. Simpson<br>Paul V. Simpson<br>SIMPSON, GARRITY, INNES and JACUZZI | Counsel for Fortney & Weygandt, Inc.:<br>_____<br>Michael L. Fortney<br>FORTNEY & KLINGSHIRN |