IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY HALL, et al.,

    Plaintiffs,

  v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, et al.,

    Defendants.
_____/

No. C 08-03447 CW

ORDER GRANTING IN PART MOTION TO SHORTEN TIME
(Docket Nos. 168)

    Plaintiffs Gregory Hall, et al., move for an order shortening time on the hearing for their motion for leave to file supplemental facts in support of their opposition to the AIMCO Defendants and Defendant Fortney & Weygandt, Inc. (F&W) motions for summary judgment.

    Plaintiffs' motion for an order shortening time is GRANTED in part. (Docket No. 168.) Plaintiffs' motion for leave to file supplemental facts will be taken under submission on the papers. The AIMCO Defendants and F&W have filed a response to Plaintiffs' motion for leave to file supplemental facts, and Plaintiffs have filed their reply. Thus, no further briefing shall be filed with respect to Plaintiffs' motion for leave to file supplemental facts. Civ. L.R. 7-3(d).

    IT IS SO ORDERED.

Dated: 2/4/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge