UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, FAUSTO AGUILAR, GONZALO AGUILAR, CHARLES CHILTON, DOUGLAS GIVENS, ROBERT IVY, QUINCY MOUTON, RICHARD RANKIN, HECTOR RODRIGUEZ, LLOYD THIBEAUX, ARNULFO CARRANZA-RIVAS, TERRY MACKEY,<br><br>Plaintiffs,<br><br>vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO CAPITAL, INC., FORTNEY & WEYGANDT, INC., IMR CONTRACTOR CORPORATION, BAY BUILDING SERVICES, BAY AREA CONSTRUCTION FRAMERS, INC., ALL HALLOWS PRESERVATION, L.P., BAYVIEW PRESERVATION, L.P., LA SALLE PRESERVATION, L.P., SHOREVIEW PRESERVATION, L.P. and DOES 1-50,<br><br>Defendants. | Case No. 08-CV-3447 CW<br><br>JOINT STIPULATION OF DISMISSAL |

COME NOW Plaintiffs FAUSTO AGUILAR, GONZALO AGUILAR and TERRY MACKEY and Defendants, Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to partially dismiss the claims in this action of the above-referenced plaintiffs with prejudice.

In support of their Joint Stipulation of Dismissal, the Parties show as follows:

1. Plaintiffs are FAUSTO AGUILAR, GONZALO AGUILAR and TERRY MACKEY. Defendants are Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

2. Plaintiff filed a Complaint initiating this action on December 14, 2007. After amendments the current complaint in this action is the Fourth Amended Complaint filed on May 11, 2009.

3. Plaintiffs FAUSTO AGUILAR, GONZALO AGUILAR and TERRY MACKEY desire to dismiss their causes of action with prejudice as to all of their respective claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., without affecting the rights of the remaining plaintiffs in this litigation.

5. Defendants have all answered the Fourth Amended Complaint.

6. This case is not a class action.

7. This dismissal is with prejudice to re-filing.

8. The following plaintiffs remain in this action: Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Robert Ivy, Quincy Mouton, Richard Rankin, Hector Rodriguez, Lloyd Thibeaux, Arnulfo Carranza-Rivas and Terry Mackey.

9. Plaintiffs Gregory Hall, Charles Chilton, Douglas Givens, Quincy Mouton and Richard Rankin maintain all of their causes of actions against all Defendants.

10. Plaintiffs Fausto Aguilar, Gonzalo Aguilar, Terry Mackey, Hector Rodriguez and Arnulfo Carranza-Rivas maintain all of their claims against Defendants IMR Contractor Corporation and Bay Building Services;

11. Plaintiffs Robert Ivy and Lloyd Thibeaux maintain all of their claims against Defendant Bay Area Construction Framers, Inc.

WHEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and request that the claims of FAUSTO AGUILAR, GONZALO AGUILAR and TERRY MACKEY be dismissed with prejudice as to all of their respective claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

Jointly stipulated this 15th day of February, 2011.

Counsel for Plaintiffs:

Robert Salinas
SUNDEEN SALINAS & PYLE

Counsel for IMR Contractor Corporation:

Paul V. Simpson
SIMPSON, GARRITY, INNES and JACUZZI

Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.:

Jeffrey T. Johnson
HOLLAND & HART, LLP

Counsel for Fortney & Weygandt, Inc.:

Michael L. Fortney
FORTNEY & KLINGSHIRN

Counsel for Bay Area Construction Framers, Inc.:

_____
Joseph E. Powell
LAW OFFICES OF JOSEPH E. POWELL

## ORDER OF THE COURT

IT IS HEREBY ORDERED that, as to the complaints of Plaintiffs FAUSTO AGUILAR, GONZALO AGUILAR and TERRY MACKEY, all causes of action against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., are HEREBY DISMISSED WITH PREJUDICE. Plaintiffs FAUSTO AGUILAR, GONZALO AGUILAR and TERRY MACKEY maintain all of their respective claims against Defendants IMR Contractor Corporation and Bay Building Services, Inc.

Dated: February __18__, 2011

HONORABLE CLAUDIA WILKEN