# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, FAUSTO AGUILAR, GONZALO AGUILAR, CHARLES CHILTON, DOUGLAS GIVENS, ROBERT IVY, QUINCY MOUTON, RICHARD RANKIN, HECTOR RODRIGUEZ, LLOYD THIBEAUX, ARNULFO CARRANZA-RIVAS, TERRY MACKEY, <br><br>    Plaintiffs, <br><br>vs. <br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO CAPITAL, INC., FORTNEY & WEYGANDT, INC., IMR CONTRACTOR CORPORATION, BAY BUILDING SERVICES, BAY AREA CONSTRUCTION FRAMERS, INC., ALL HALLOWS PRESERVATION, L.P., BAYVIEW PRESERVATION, L.P., LA SALLE PRESERVATION, L.P., SHOREVIEW PRESERVATION, L.P. and DOES 1-50, <br><br>    Defendants. | Case No. 08-CV-3447 CW <br><br>**JOINT STIPULATION REQUESTING AN ORDER FOR POSTPONEMENT OF THE PRETRIAL CONFERENCE** |

All of the Plaintiffs and Defendants respectfully make this stipulated joint request, pursuant to Local Rules 6-2 and 7-12, for an order postponing the March 29, 2011 pretrial conference for two weeks, until April 12, 2011.

The parties have met and conferred over the issue of the timing of the pretrial exchanges and submissions required by this Court's order and by the Local Rules. The current pretrial conference

---

date of March 29, 2011 requires the parties to exchange their proposed trial exhibits, evidentiary motions, jury instructions and verdict forms, and other materials by March 1, 2011; meet and confer on all pretrial issues by March 8, 2011; and file their evidentiary and their objections to the proposed exhibits, as well as the Joint Pretrial Conference Statement (with attachments) by March 15, 2011.  In the meantime, motions for summary judgment are pending, the rulings on which may result in dismissal of some or all of any given Plaintiff's claims against Fortney & Weygandt, Inc. and/or the AIMCO Defendants.  Also, a settlement conference with the Magistrate is set for March 7, 2011, and the depositions of Plaintiffs' expert witnesses are set for March 8, 2011.

By postponing the pretrial until April 12, 2011, all of the dates for pretrial exchanges and filings will be postponed for two weeks, allowing the Court time to decide the pending motions for summary judgment, and allowing the parties to take such ruling into account in preparing their pretrial submissions.  Further, it will allow the parties to mediate any surviving claims on March 7, 2011 and conduct expert depositions on March 8, 2011.  The postponement of the pretrial conference will not affect the scheduled trial date of April 25, 2011.

The parties respectfully make this request in the interests of justice and the efficient conduct of this litigation, as well as to conserve attorneys' fees and costs.

Jointly stipulated this 11th day of February, 2011.

//
//
//
//
//
//
//
//
//
//
//

---

**JOINT STIPULATION REQUESTING AN ORDER FOR POSTPONEMENT OF PRETRIAL CONFERENCE**

HALL v. AIMCO INC., Case No. 08-CV-3447 CW					Page 2

| | |
|---|---|
| Counsel for Plaintiffs: | Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.: |
| _____ Robert Salinas SUNDEEN SALINAS & PYLE | *s/ Jeffrey T. Johnson* Jeffrey T. Johnson HOLLAND & HART, LLP |
| Counsel for IMR Contractor Corporation: | Counsel for Fortney & Weygandt, Inc.: |
| *s/ Paul V. Simpson* Paul V. Simpson SIMPSON, GARRITY, INNES, & JACUZZI PC | *s/ Michael L. Fortney* Michael L. Fortney FORTNEY & KLINGSHIRN |
| | Counsel for Bay Area Construction Framers, Inc.: |
| | _____ Joseph E. Powell LAW OFFICES OF JOSEPH E. POWELL |

5032805_1.DOCX

**JOINT STIPULATION REQUESTING AN ORDER FOR POSTPONEMENT OF PRETRIAL CONFERENCE**

<u>HALL v. AIMCO INC.</u>, Case No. 08-CV-3447 CW                                                             Page 3

<u>ORDER OF THE COURT</u>

IT IS HEREBY ORDERED that the pretrial conference in this case be rescheduled to April 12, 2011 at 2:00 p.m.

Dated: February 18, 2011

_____
HONORABLE CLAUDIA WILKEN
U.S. District Court Judge

---

**JOINT STIPULATION REQUESTING AN ORDER FOR POSTPONEMENT
OF PRETRIAL CONFERENCE**

<u>HALL v. AIMCO INC.</u>, Case No. 08-CV-3447 CW                                         Page 4