# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, FAUSTO AGUILAR, GONZALO AGUILAR, CHARLES CHILTON, DOUGLAS GIVENS, ROBERT IVY, QUINCY MOUTON, RICHARD RANKIN, HECTOR RODRIGUEZ, LLOYD THIBEAUX, ARNULFO CARRANZA-RIVAS, TERRY MACKEY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO CAPITAL, INC., FORTNEY & WEYGANDT, INC., IMR CONTRACTOR CORPORATION, BAY BUILDING SERVICES, BAY AREA CONSTRUCTION FRAMERS, INC., ALL HALLOWS PRESERVATION, L.P., BAYVIEW PRESERVATION, L.P., LA SALLE PRESERVATION, L.P., SHOREVIEW PRESERVATION, L.P. and DOES 1-50,<br><br>　　　　Defendants. | Case No. 08-CV-3447 CW<br><br>**JOINT STIPULATION OF DISMISSAL** |

COMES NOW Plaintiff RANDY KEYS and Defendants, Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to dismiss the claims in this action of the above-referenced plaintiff with prejudice. In support of their Joint Stipulation of

---

Joint Stipulation for Dismissal
HALL v. AIMCO INC., Case No. 08-CV-3447 CW                                               Page 1

Dismissal, the Parties show as follows:

1.      Plaintiff is RANDY KEYS.  Defendants are Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

2.      Plaintiff filed a Complaint initiating this action on December 14, 2007.  After amendments the current complaint in this action is the Fourth Amended Complaint filed on May 11, 2009.

3.      Plaintiff RANDY KEYS desires to dismiss his causes of action with prejudice as to all of his respective claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

5.      Defendants have all answered the Fourth Amended Complaint.

6.      This case is not a class action.

7.      This dismissal is with prejudice to re-filing.

8.      The following plaintiffs remain in this action: Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Robert Ivy, Quincy Mouton, Richard Rankin, Hector Rodriguez, Lloyd Thibeaux, Arnulfo Carranza-Rivas and Terry Mackey.

9.      Plaintiffs Gregory Hall, Charles Chilton, Douglas Givens, Quincy Mouton and Richard Rankin maintain all of their causes of actions against all Defendants.

10.     Plaintiffs Fausto Aguilar, Gonzalo Aguilar, Terry Mackey, Hector Rodriguez and

Arnulfo Carranza-Rivas maintain all of their claims against Defendants IMR Contractor Corporation and Bay Building Services;

11. Plaintiffs Robert Ivy and Lloyd Thibeaux maintain all of their claims against Defendant Bay Area Construction Framers, Inc.

WHEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and request that the claims of RANDY KEYS be dismissed with prejudice as to all of his respective claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

Jointly stipulated this 22nd day of February, 2011.

| Counsel for Plaintiffs: | Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.: |
|---|---|
| _____<br>Robert Salinas<br>SUNDEEN SALINAS & PYLE | _____<br>Jeffrey T. Johnson<br>HOLLAND & HART, LLP |
| Counsel For IMR Contractor Corporation:<br><br>*/s/ Paul V. Simpson*<br>_____<br>Paul V. Simpson<br>SIMPSON, GARRITY, INNES and JACUZZI | Counsel for Fortney & Weygandt, Inc.:<br><br>_____<br>Michael L. Fortney<br>FORTNEY & KLINGSHIRN |

Arnulfo Carranza-Rivas maintain all of their claims against Defendants IMR Contractor Corporation and Bay Building Services;

11. Plaintiffs Robert Ivy and Lloyd Thibeaux maintain all of their claims against Defendant Bay Area Construction Framers, Inc.

WHEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and request that the claims of RANDY KEYS be dismissed with prejudice as to all of his respective claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt Inc., IMR Contractor Corporation, Bay Area Construction Framers, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

Jointly stipulated this 22nd day of February, 2011.

Counsel for Plaintiffs:

Robert Salinas
SUNDEEN SALINAS & PYLE

Counsel For IMR Contractor Corporation:

Paul V. Simpson
SIMPSON, GARRITY, INNES and JACUZZI

Counsel for Apartment Investment and Management Company, AIMCO Capital, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.:

Jeffrey T. Johnson
HOLLAND & HART, LLP

Counsel for Fortney & Weygandt, Inc.:

Michael L. Fortney
FORTNEY & KLINGSHIRN

1
2   Counsel for Bay Area Construction Framers, Inc.:
3
4   _____
5   Joseph E. Powell
    LAW OFFICES OF JOSEPH E. POWELL
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stipulation for Dismissal
HALL v. AIMCO INC., Case No. 08-CV-3447 CW                    Page 4

## ORDER OF THE COURT

IT IS HEREBY ORDERED that, as to the complaint of Plaintiff RANDY KEYS all causes of action against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., Fortney & Weygandt, Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., are HEREBY DISMISSED WITH PREJUDICE.

**March 7, 2011**
Dated: ~~February ____, 2011~~

_____
HONORABLE CLAUDIA WILKEN