1

2                **UNITED STATES DISTRICT COURT**

3                **NORTHERN DISTRICT OF CALIFORNIA**

4

5  GREGORY HALL, FAUSTO AGUILAR,        )
   GONZALO AGUILAR, CHARLES             )   Case No. 08-CV-3447 CW
6  CHILTON, DOUGLAS GIVENS, ROBERT      )
   IVY, QUINCY MOUTON, RICHARD          )
7  RANKIN, HECTOR RODRIGUEZ, LLOYD      )
   THIBEAUX, ARNULFO CARRANZA-          )
8  RIVAS, TERRY MACKEY,                 )
                                        )
9       Plaintiffs,                     )   **JOINT STIPULATION OF DISMISSAL**
                                        )
10                                       )
         vs.                             )
11                                       )
                                        )
12 APARTMENT INVESTMENT AND              )
   MANAGEMENT COMPANY, AIMCO            )
13 CAPITAL, INC., FORTNEY &              )
   WEYGANDT, INC.,  IMR CONTRACTOR      )
14 CORPORATION, BAY BUILDING            )
   SERVICES, BAY AREA CONSTRUCTION      )
15 FRAMERS, INC., ALL HALLOWS           )
   PRESERVATION, L.P., BAYVIEW          )
16 PRESERVATION, L.P., LA SALLE          )
   PRESERVATION, L.P., SHOREVIEW        )
17 PRESERVATION, L.P. and DOES 1-50,    )
                                        )
18                                       )
         Defendants.                     )
19 _____)

20

21      COME NOW Plaintiffs Lloyd Thibeaux and Robert Ivy and Defendant Bay Area

22 Construction Framers, Inc. pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure,

23 jointly stipulate to partially dismiss the claims in this action of the above-referenced plaintiffs with

24 prejudice.  In support of their Joint Stipulation of Dismissal, the Parties show as follows:

25      1.      Plaintiffs are Lloyd Thibeaux and Robert Ivy.  Defendant is Bay Area Construction

26 Framers, Inc.

27

28 _____

2.    Plaintiffs filed a Complaint initiating this action on December 14, 2007. After amendments the current complaint in this action is the Fourth Amended Complaint filed on May 11, 2009.

3.    Plaintiffs Lloyd Thibeaux and Robert Ivy desire to dismiss the following causes of action with prejudice against Defendant Bay Area Construction Framers without affecting their rights in the remaining claims in this litigation and without affecting the rights of the remaining plaintiffs in this litigation:

        a.    Tenth Cause of Action - Wrongful Termination in Violation of California Public Policy Based on Race;

        b.    Eleventh Cause of Action - Wrongful Termination in Violation of California Public Policy Based on National Origin;

        c.    Twelfth Cause of Action - Retaliatory Termination in Violation of California Public Policy Protesting Unlawful Failure to Pay Wages and Unlawful Deductions;

        d.    Thirteenth Cause of Action - Retaliatory Termination in Violation of California Public Policy Protesting Race and National Origin Discrimination;

        e.    Fourteenth Cause of Action - Intentional Infliction of Emotional Distress; and

        f.    Seventeenth Cause of Action - Retaliation, Cal. Gov C § 12940.

4.    Defendant Bay Area Construction Framers has answered the Fourth Amended Complaint.

5.    This case is not a class action.

6.    This dismissal is with prejudice to re-filing.

7.    The following plaintiffs remain in this action: Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Robert Ivy, Quincy Mouton, Richard Rankin, Hector Rodriguez, Lloyd Thibeaux, Arnulfo Carranza-Rivas and Terry Mackey.

8.    Plaintiffs Gregory Hall, Charles Chilton, Douglas Givens, Quincy Mouton and Richard

Rankin maintain all of their causes of actions against all Defendants.

9.      Plaintiffs Fausto Aguilar, Gonzalo Aguilar, Terry Mackey, Hector Rodriguez and Arnulfo Carranza-Rivas maintain all of their claims against Defendants IMR Contractor Corporation and Bay Building Services;

10.     Plaintiffs Robert Ivy and Lloyd Thibeaux maintain their FIFTEENTH (Race, National Origin and/or ancestry Discrimination) and SIXTEENTH (Hostile Work Environment – race, national origin and/or ancestry) causes of action against Defendant Bay Area Construction Framers, Inc.

WHEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and request that the TENTH, ELEVENTH, TWELFTH, THIRTEENTH, FOURTEENTH and SEVENTEENTH causes of action of LLOYD THIBEAUX and ROBERT IVY be dismissed with prejudice as to Defendant Bay Area Construction Framers, Inc.

Jointly stipulated this 4th day of March, 2011.


Counsel for Plaintiffs:                          Counsel for Bay Area Construction Framers, Inc.:

_____          _____

Robert Salinas                                   Joseph E. Powell
SUNDEEN SALINAS & PYLE                   LAW OFFICES OF JOSEPH E. POWELL

ORDER OF THE COURT

IT IS HEREBY ORDERED that, as to the complaints of Plaintiffs LLOYD THIBEAUX and

ROBERT IVY, the TENTH, ELEVENTH, TWELFTH, THIRTEENTH, FOURTEENTH and

SEVENTEENTH causes of action against Defendant BAY AREA CONSTRUCTION FRAMERS,

INC.  are HEREBY DISMISSED WITH PREJUDICE.  Plaintiffs LLOYD THIBEAUX and

ROBERT IVY maintain their FIFTEENTH AND SIXTEENTH causes of action against Defendant

Bay Area Construction Framers, Inc.


Dated: March ____9____, 2011                    _____
                                                HONORABLE CLAUDIA WILKEN

---