# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, FAUSTO AGUILAR, GONZALO AGUILAR, CHARLES CHILTON, DOUGLAS GIVENS, ROBERT IVY, QUINCY MOUTON, RICHARD RANKIN, HECTOR RODRIGUEZ, LLOYD THIBEAUX, ARNULFO CARRANZA-RIVAS, TERRY MACKEY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO CAPITAL, INC., FORTNEY & WEYGANDT, INC., IMR CONTRACTOR CORPORATION, BAY BUILDING SERVICES, BAY AREA CONSTRUCTION FRAMERS, INC., ALL HALLOWS PRESERVATION, L.P., BAYVIEW PRESERVATION, L.P., LA SALLE PRESERVATION, L.P., SHOREVIEW PRESERVATION, L.P. and DOES 1-50,<br><br>　　　　Defendants. | Case No. 08-CV-3447 CW<br><br><br><br><br><br><br><br>**JOINT STIPULATION OF DISMISSAL** |

COME NOW Plaintiffs Lloyd Thibeaux and Robert Ivy and Defendant Bay Area Construction Framers, Inc. pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to dismiss the remaining claims in this action of the above-referenced plaintiffs with prejudice. In support of their Joint Stipulation of Dismissal, the Parties show as follows:

　　1.　　Plaintiffs are Lloyd Thibeaux and Robert Ivy. Defendant is Bay Area Construction Framers, Inc.

---

2. Plaintiffs filed a Complaint initiating this action on December 14, 2007. After amendments the current complaint in this action is the Fourth Amended Complaint filed on May 11, 2009.

3. Plaintiffs Lloyd Thibeaux and Robert Ivy desire to dismiss their causes of action with prejudice as to all of their respective claims against Defendant Bay Area Construction Framers, Inc.

4. Defendant Bay Area Construction Framers has answered the Fourth Amended Complaint.

5. This case is not a class action.

6. This dismissal is with prejudice to re-filing.

7. The following plaintiffs remain in this action: Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Quincy Mouton, Richard Rankin, Hector Rodriguez, Arnulfo Carranza-Rivas and Terry Mackey.

8. Plaintiffs Gregory Hall, Charles Chilton, Douglas Givens, Quincy Mouton and Richard Rankin maintain all of their causes of actions against all Defendants.

9. Plaintiffs Fausto Aguilar, Gonzalo Aguilar, Terry Mackey, Hector Rodriguez and Arnulfo Carranza-Rivas maintain all of their claims against Defendants IMR Contractor Corporation and Bay Building Services;

WHEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and request that ALL causes of action of LLOYD THIBEAUX and ROBERT IVY be dismissed with prejudice as to Defendant Bay Area Construction Framers, Inc.

Jointly stipulated this 18th day of March, 2011.

Counsel for Plaintiffs:                              Counsel for Bay Area Construction Framers, Inc.:

1
2  _____          _____
   Robert Salinas                   Joseph E. Powell
3  SUNDEEN SALINAS & PYLE           LAW OFFICES OF JOSEPH E. POWELL
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stipulation for Partial Dismissal
HALL v. AIMCO INC., Case No. 08-CV-3447 CW                    Page 3

## ORDER OF THE COURT

IT IS HEREBY ORDERED that, as to the complaints of Plaintiffs LLOYD THIBEAUX and ROBERT IVY, ALL causes of action against Defendant BAY AREA CONSTRUCTION FRAMERS, INC. are HEREBY DISMISSED WITH PREJUDICE.

Dated: March __11__, 2011

_____
HONORABLE CLAUDIA WILKEN