1

2 **UNITED STATES DISTRICT COURT**

3 **NORTHERN DISTRICT OF CALIFORNIA**

4

5 GREGORY HALL, FAUSTO AGUILAR,                )
GONZALO AGUILAR, CHARLES                     )   Case No. 08-CV-3447 CW
6 CHILTON, DOUGLAS GIVENS, QUINCY             )
MOUTON, RICHARD RANKINS, HECTOR              )
7 RODRIGUEZ, ARNULFO CARRANZA-               )
RIVAS, TERRY MACKEY,                         )
8                                            )
                                             )
9       Plaintiffs,                          )
                                             )   **JOINT STIPULATION OF DISMISSAL**
10      vs.                                  )
                                             )
11                                           )
APARTMENT INVESTMENT AND                     )
12 MANAGEMENT COMPANY, AIMCO                 )
CAPITAL, INC., FORTNEY &                      )
13 WEYGANDT, INC., IMR CONTRACTOR           )
CORPORATION, BAY BUILDING                    )
14 SERVICES, BAY AREA CONSTRUCTION          )
FRAMERS, INC., ALL HALLOWS                   )
15 PRESERVATION, L.P., BAYVIEW              )
PRESERVATION, L.P., LA SALLE                 )
16 PRESERVATION, L.P., SHOREVIEW            )
PRESERVATION, L.P. and DOES 1-50,            )
17                                           )
18                                           )
        Defendants.                          )
19                                           )
                                             )
20                                           )

21      COMES NOW Plaintiffs GREGORY HALL, CHARLES CHILTON, DOUGLAS GIVENS,

22 QUINCY MOUTON and RICHARD RANKINS, and Defendants Apartment Investment and

23 Management Company, AIMCO Capital Inc., All Hallows Preservation, L.P., Bayview Preservation,

24 L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P., and pursuant to Rule 41(a)(1)(ii)

25 of the Federal Rules of Civil Procedure, jointly stipulate to dismiss the claims in this action of the

26 above-referenced plaintiffs with prejudice. In support of their Joint Stipulation of Dismissal, the

27

28

Parties show as follows:

1.      Plaintiffs are GREGORY HALL, CHARLES CHILTON, DOUGLAS GIVENS, QUINCY MOUTON and RICHARD RANKINS.  Defendants are Apartment Investment and Management Company, AIMCO Capital Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

2.      Plaintiff filed a Complaint initiating this action on December 14, 2007.  After amendments the current complaint in this action is the Fourth Amended Complaint filed on May 11, 2009.

3.      Plaintiffs GREGORY HALL, CHARLES CHILTON, DOUGLAS GIVENS, QUINCY MOUTON and RICHARD RANKINS desire to dismiss their causes of action with prejudice as to all of their respective claims against Defendants Apartment Investment and Management Company, AIMCO Capital Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P., and Shoreview Preservation, L.P.

5.      Defendants have all answered the Fourth Amended Complaint.

6.      This case is not a class action.

7.      This dismissal is with prejudice to re-filing.

8.      The following plaintiffs remain in this action: Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Quincy Mouton, Richard Rankins, Hector Rodriguez, Arnulfo Carranza-Rivas and Terry Mackey.

9.      Plaintiffs Gregory Hall, Fausto Aguilar, Gonzalo Aguilar, Charles Chilton, Douglas Givens, Quincy Mouton, Richard Rankins, Hector Rodriguez, Arnulfo Carranza-Rivas and Terry Mackey maintain all of their claims against Defendants IMR Contractor Corporation and Bay Building

1    Services.

2        WHEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the

3    Parties stipulate and request that the claims of GREGORY HALL, CHARLES CHILTON, DOUGLAS

4    GIVENS, QUINCY MOUTON and RICHARD RANKINS be dismissed with prejudice as to all of

5
     their respective claims against Defendants Apartment Investment and Management Company, AIMCO
6
7    Capital Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P.,

8    and Shoreview Preservation, L.P.

9
10       Jointly stipulated this 24th day of May, 2011.

11
     Counsel for Plaintiffs:                          Counsel for Apartment Investment and
12                                                     Management Company, AIMCO Capital, Inc., All
                                                       Hallows Preservation, L.P., Bayview
13                                                     Preservation, L.P., La Salle Preservation, L.P.,
                                                       and Shoreview Preservation, L.P.:
14   Robert Salinas
     SUNDEEN SALINAS & PYLE
15

16
                                                       Jeffrey T. Johnson
17                                                     HOLLAND & HART, LLP

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER OF THE COURT

IT IS HEREBY ORDERED that, as to the complaint of Plaintiff GREGORY HALL,

CHARLES CHILTON, DOUGLAS GIVENS, QUINCY MOUTON and RICHARD RANKINS, all

causes of action against Defendants Apartment Investment and Management Company, AIMCO

Capital Inc., All Hallows Preservation, L.P., Bayview Preservation, L.P., La Salle Preservation, L.P.,

and Shoreview Preservation, L.P., are HEREBY DISMISSED WITH PREJUDICE.


**June 2, 2011**
Dated: ~~May _____, 2011~~

HONORABLE CLAUDIA WILKEN