IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY HALL, et al.,

    Plaintiffs,

  v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, et al.,

    Defendants.
_____/

No. C 08-03447 CW

ORDER ON PLAINTIFFS' MOTION TO SHORTEN TIME
(Docket No. 226)

    Plaintiffs Gregory Hall, et al., move for an order shortening time (OST) on their Motion to Continue Trial Date and Modify Scheduling Order.[1]  Defendants Ismael and Moises Avila, who are the only Defendants against whom Plaintiffs have active claims, shall respond to Plaintiffs' motion for an OST four days from the date it was filed.  Civ. L.R. 6-3(c).  If Plaintiffs' motion for an OST is granted, the Avilas' opposition to Plaintiffs' Motion to Continue will be due on two-days notice, and Plaintiffs' reply will be due one day after the Avilas' opposition is filed.  Plaintiffs' Motion to Continue will be decided on the papers.

    IT IS SO ORDERED.

Dated  **7/21/2011**

CLAUDIA WILKEN
United States District Judge

---

[1] Plaintiffs have filed their proposed Motion to Continue as an exhibit to their motion for an OST.  Plaintiffs shall file their Motion to Continue as a separate docket entry forthwith.