UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL, FAUSTO AGUILAR, GONZALO AGUILAR, CHARLES CHILTON, DOUGLAS GIVENS, QUINCY MOUTON, RICHARD RANKIN, HECTOR RODRIGUEZ, ARNULFO CARRANZA-RIVAS, and TERRY MACKEY,<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO CAPITAL, INC., FORTNEY & WEYGANDT, INC., IMR CONTRACTOR CORPORATION, BAY BUILDING SERVICES, BAY AREA CONSTRUCTION FRAMERS, INC., ALL HALLOWS PRESERVATION, L.P., BAYVIEW PRESERVATION, L.P., LA SALLE PRESERVATION, L.P., SHOREVIEW PRESERVATION, L.P., ISMAEL AVILA, MOISES AVILA, and DOES 1-50,<br><br>Defendants. | Case No. 08-CV-3447 CW<br><br>**JOINT STIPULATION FOR STAY OF DISCOVERY AND EXTENSION OF FACT DISCOVERY CUTOFF [AND ORDER]** |

The parties hereto, by their respective counsel, hereby stipulate and jointly move the Court for an order staying discovery in the case and extending the discovery cutoff, as more fully set forth below. As grounds for this motion, the parties hereto state as follows:

---

Joint Stipulation for Stay of Discovery and Extension of Fact Discovery Cut-Off
HALL v. AIMCO INC., Case No. 08-CV-3447 CW                                       Page 1

1. On September 26, 2011, the parties attended a settlement conference with Magistrate Judge Donna Ryu. At the conference Defendants stated that they were in the process of consulting with a bankruptcy attorney and were likely to file a petition for bankruptcy protection. The parties agreed to stay the current discovery proceedings for three weeks through October 17, 2011 in order to provide the Defendants sufficient time to consult with a bankruptcy attorney and determine whether a bankruptcy petition will be filed. The parties further agreed to extend the discovery cutoff by a corresponding three weeks from November 2, 2011 to November 23, 2011. See ECF Doc. No. 235: Civil Conference Minute Order.

2. In light of the impact of a bankruptcy stay of the proceedings in this action, the parties hereto believe that it is in the interests of justice, and the orderly and efficient prosecution of this case, that any further discovery should be stayed while Defendants are provided a full opportunity to determine whether they will be filing a bankruptcy petition. The Parties further believe that it is in the interest of justice to extend the discovery period for three weeks past the expiration of the stay.

3. The parties further agreed that for the thirty day period following the settlement conference (through October 26, 2011), defendants shall provide prior notice to plaintiffs' counsel of the transfer or sale of any asset in excess of $5000, and shall also simultaneously provide supporting documents.

4. The fact discovery cutoff in this case is currently set for November 2, 2011. The parties agree that the remaining time for fact discovery should be tolled for three weeks to November 23, 2011 while the discovery stay is in effect.

5. It is the intention of the parties to this Joint Stipulation that after the three week stay, the parties be placed in the same position as they were prior to the stay, *i.e.*, that they be able to conduct the same fact discovery as previously contemplated.

WHEREFORE, the parties hereto respectfully request that the Court order as follows:

1. All further fact discovery in this case is hereby stayed for three weeks pending a determination by defendants as to whether they will be filing a bankruptcy petition; and

2. That the fact discovery cutoff, which is currently set for November 2, 2011, shall be extended by three weeks to November 23, 2011.

IT IS SO ORDERED. October 11, 2011 case management conference is continued to November 29, 2011, at 2:00 p.m.

BY THE COURT:

_____
Hon. Claudia Wilken
United States District Court Judge


AGREED AND APPROVED:

SUNDEEN SALINAS & PYLE

By _____
Robert Salinas
Pamela Kong
Jorge Aguilar

ATTORNEYS FOR PLAINTIFFS


PINNACLE LAW GROUP, LLP

By _____
Kevin F. Rooney

ATTORNEYS FOR DEFENDANTS
ISMAEL AVILA AND MOISES AVILA