IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HALL; FAUSTO AGUILAR; GONZALO AGUILAR; CHARLES CHILTON; DOUGLAS GIVENS; QUINCY MOUTON; RICHARD RANKIN; HECTOR RODRIGUEZ; ARNULFO CARRANZA-RIVAS; and TERRY MACKEY,<br><br>        Plaintiffs,<br><br>  v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY; AIMCO CAPITAL, INC.; FORTNEY & WEYGANDT, INC.; IMR CONTRACTOR CORPORATION; BAY BUILDING SERVICES; BAY AREA CONSTRUCTION FRAMERS, INC.; ALL HALLOWS PRESERVATION, L.P; BAYVIEW PRESERVATION, L.P; LA SALLE PRESERVATION, L.P; SHOREVIEW PRESERVATION, L.P.; ISMAEL AVILA; MOISES AVILA; and DOES 1-50,<br><br>        Defendants.<br>_____/ | No. C 08-3447 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CASE AND VACATING TRIAL DATES |

On June 6, 2012, Defendants Moises and Ismael Avila filed a Notice of Bankruptcy with the Court, stating that they filed a petition pursuant to Chapter Seven of the Bankruptcy Code on June 5, 2012, and that an automatic stay was thus in effect as to Plaintiffs' claims against them.

IT IS HEREBY ORDERED that:

1. The two-day bench trial, currently set to being on June 11, 2012, is VACATED.

2. Because Plaintiffs' claims against the other Defendants in this action have been voluntarily dismissed or summarily adjudicated by the Court or are also subject to an ongoing automatic bankruptcy stay, there appears to be no further reason

at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    3.  Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 6/6/2012

CLAUDIA WILKEN
United States District Judge

2